# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

161711 (29)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RANDY SCOTT STEVENS,
     Defendant-Appellant.

SC: 161711
COA: 352374
Jackson CC: 13-004158-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's March 2, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



b0419

Clerk